UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:12-CR-67(1) RLM |
| | ) | |
| OMAR DURAN LAGUNES | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 15, 2015 [Doc. No. 575]. Accordingly, the court ADOPTS those findings and the recommendation, ACCEPTS defendant Omar Lagunes's plea of guilty and FINDS the defendant guilty of violating 18 U.S.C. § 1349, as charged in the superceding indictment, but DEFERS acceptance of the plea agreement pending completion of the presentence investigation.

SO ORDERED.

ENTERED:  August 12, 2015

                                              /s/ Robert L. Miller, Jr.
                                              Judge
                                              United States District Court